UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Let this be filed.

PAUL L. FRIEDMAN
United States District Judge

DATE: 4/29/05

Leave to file without
Prepayment of Cost GRANTED

| | |
|---|---|
| KHIALI-GUL )<br>JTF/JDOG S-2 )<br>Guantanamo Bay, CUBA )<br>   )<br>   Petitioner )<br>   )<br>v. )<br>   )<br>GEORGE W. BUSH, )<br>President of the United States )<br>   )<br>DONALD RUMSFELD, )<br>Secretary, United States Department )<br>of Defense )<br>   )<br>ARMY BRIG. GEN. JAY HOOD, )<br>Commander, Joint Task Force - )<br>GTMO )<br>   )<br>ARMY COL. BRICE GYURISKO, )<br>Commander, Joint Detention )<br>Operations Group, JTF - GTMO )<br>   Respondent )<br>   )<br>   ) | Civil Action Number<br><br>**FILED**<br><br>MAY - 3 2005<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>CASE NUMBER   1:05CV00877<br>JUDGE: James Robertson<br>DECK TYPE: Habeas Corpus/2255<br>DATE STAMP: 05/03/2005 |

**PETITION FOR WRIT OF HABEAS CORPUS**

PETITIONER: Khiali-Gul                              Date: 4 Mar 05

My father's name is Haji Bukhtar Gul. I live in province Paktia, Khost, Afghanistan. I have been detained here for approximately 2 ½ years. I was turned into the Americans by my personal enemies. If the Americans can prove a crime against me, I will be the first to accept my detention here. But, if they cannot prove anything against me, then I want them to arrest my enemies and put them on trial instead of me. I had a job in Mr. Karzai's government and I have done personal favors for the Americans and helped them. I was never an enemy of the United States nor am I now. So, I am telling you that I have been detained here unlawfully and without any reason. I would like to present to you a petition for habeas corpus so you can personally review my case.

NOTE: This is not an official translation.

OL: 18

APPROVED BY
US FORCES 

MAR 18 2005

**JTF/ JDOG S-2**
GUANTANAMO BAY, CUBA

PETITIONER: DETAINEE'S NAME (write this in native language below)

KIALI - Gul         خیالی گل

دوست
خوست
افغانستان

لوم: خیالی گل     پلار او م: حاجی گجنار گل     ولایت: پکتیا، افغانستان

تقریباً دوسم کاله دی د سول هم زه د لته پر کسی یا کی پری یم. (زه په ن شخی د سب)
او امریکا شا نو تهد ایرس کی ور کری می. که اد امریکا شاه نو بر ها با نه یا کوم جرم او کن ه شود
کری ل زه خپله نه څوارم هر د است ر بر و نه د و کی ۔ او که روی سر یا کوم جرم نا بت
کری ن شی نو بیا هم زه څوارم هر ه روی هغه کس ان هر زه نه چا کن ه د وی پلا س
کی در کری ی م، ترڅو د ولا رد کرزی حصه هر ک ومت ن ا و طن
و و او طن و هم او ريکا شا نو ته شخی ن و ب سلی ارد کری وی ، زه هغه گل د روی
ر شن ن ه د م او د نه یم ، زو ا ز ه تا سر ه و لم هر زه د لته بی څا ی ه او بی د لیل
د شار دوی یم ، او زه څوالیم هر ته نه بیته ر هم بی ش کرس چی هم لو غه
و پا ر سائی کم هم تا سر ي به خپله ز ما بی د لی به نوه د و کر ی .

APPROVED BY
US FORCES

MAR 18 2005

JTF/ JDOG S-2
GUANTANAMO BAY, CUBA

Signed: _____   Date: Mar/04/05   OL #: 18